# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| I.E.-Pacific, Inc. | ) | ASBCA Nos. 60936, 60937, 60938 |
| | ) | |
| Under Contract No. N62473-09-D-1657 | ) | |

APPEARANCES FOR THE APPELLANT:      Dustin R. Jones, Esq.
Christopher R. Sillari, Esq.
David S. Demian, Esq.
  Finch, Thornton & Baird, LLP
  San Diego, CA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Todd J. Wagnon, Esq.
  Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MCNULTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $850,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 13, 2018

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

_____
RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60936, 60937, 60938, Appeals of I.E.-Pacific, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals